**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Yalandra Smith aka Yalandra K. Murray<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-11733 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) and index same on the master mailing list.

      Respectfully submitted,

      **/s/ Matteo S. Weiner, Esquire**
      Matteo S. Weiner, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734