**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13

**Smith, Yalandra**

      **Debtor**

                      :        17-11733

**CERTIFICATE OF SERVICE OF
DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

     I certify that on  September 16, 2017 , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Second Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated: September 16, 2017

                                          "/s/"Mitchell J. Prince
                                          John L. McClain, Esquire
                                          Mitchell J. Prince, Esquire
                                          Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072