## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                    **: Chapter 13**

**Smith, Yalandra**

    **Debtor**

                        **:        17-11733**

## CERTIFICATE OF SERVICE

I certify that on <u>April 27, 2018</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Dismissal Order and request to retain jurisdiction either by way of ECF or by first class regular U.S. mail.

Dated:<u>May 12, 2018</u>

<u> "/s/" Mitchell J. Prince</u>
John L. McClain, Esquire
Mitchell J. Prince, Esquire
Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072