IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Smith, Yalandra

        Debtor : 17-11733

## ORDER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

AND NOW, this _____ day of _____, 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $7,500.00 and $29.46 in expenses are **ALLOWED**, and the unpaid balance of $7,500.00 and $29.46 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Smith, Yalandra
5831 Florence Ave
Philadelphia, PA 19143