**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Smith, Yalandra

      Debtor(s) : 17-11733

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 24th day of October, 2018, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Amerihealth Caritas Services, LLC to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE  ASHELY M. CHAN

Amerihealth Caritas Services, LLC
200 Steven Drice, Suite 350
Philadelphia, PA 19113


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Smith, Yalandra

5831 Florence Ave
Philadelphia, PA 19143


William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106